UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANITA SATHER,

    Plaintiff,

v.

KEITH DOUGLASS and KEITH S. DOUGLASS & ASSOCIATES, LLP,

    Defendants.

NO. CV-08-007-RHW

**ORDER GRANTING STIPULATION OF DISMISSAL**

Before the Court is the parties' Stipulated Motion of Dismissal (Ct. Rec. 17). The motion was heard without oral argument. The parties ask that all claims against all parties be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion of Dismissal (Ct. Rec. 17) is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 28th day of January, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2008\Sather\dismiss.ord.wpd

**ORDER GRANTING STIPULATION OF DISMISSAL** * 1